**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00201-CR

### CHADRIC LUPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063686**

## ORDER

The Court **GRANTS** court reporter Cindy Bardwell's June 5, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Bardwell to file the complete reporter's record, including all exhibits admitted into evidence, by **JULY 6, 2015**.

/s/    ADA BROWN
        JUSTICE